Decided July 3, 1997

## FEDERAL HOME LOAN MORTGAGE CORPORATION v. JOHN W. KRONBERG ET AL.

The petition by the defendants John Kronberg, Constance Kronberg and Michael Kronberg for certification for appeal from the Appellate Court (AC 15288) is dismissed.

---

* The appeal was withdrawn September 16, 1997.

BERDON, J., did not participate in the consideration or decision of this petition.

*F. Woodward Lewis, Jr.*, in support of the petition.

*Thomas A. Kaelin*, in opposition.

Decided July 3, 1997